# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Sandra A Herrera

             Debtor(s)

Case No. 12 B 11091

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/20/2012.

2) The plan was confirmed on 07/02/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Dismissed on 04/29/2013.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,976.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,976.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,892.29 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $83.71 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,976.00

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advantage Assets, Inc | Unsecured | 738.00 | 738.78 | 738.78 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 501.35 | 501.35 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 166.38 | 166.38 | 0.00 | 0.00 |
| AT&T | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| Barr Management LTD | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| BHES | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Car Outlet Inc | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| Certified Collection | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 2,200.00 | 4,725.45 | 4,725.45 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| DuPage Medical Assoc | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Emp Of Cook County | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Encore | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Escallate | Unsecured | 433.00 | NA | NA | 0.00 | 0.00 |
| Fashion Bug | Unsecured | 997.00 | NA | NA | 0.00 | 0.00 |
| Grabowski Law Center LLC | Unsecured | NA | 2,414.81 | 2,414.81 | 0.00 | 0.00 |
| Great Sky Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| IPC Of Illinois | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 190.00 | 190.00 | 190.00 | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 940.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Meridian Chiropractic Health Svc | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | NA | 828.71 | 828.71 | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| North Shore Agency | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| One Hour Cash Advance.Com | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Oneclickcash.Com | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Pathology Consultants Inc | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Pay Day One | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Public Storage | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 660.75 | 660.75 | 0.00 | 0.00 |
| Radiologial Physician | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Recovery Partners LLC | Unsecured | 1,208.00 | NA | NA | 0.00 | 0.00 |
| Renaissance At Midway | Unsecured | 8,239.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| Titan Group | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$10,226.23** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,976.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$1,976.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/20/2013                          By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**